# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0027. PETER CHATEL v. LESLIE P. CARROLL**

The Applicant in the above-styled case has filed an emergency motion pursuant to Court Rule 40(b) entitled Motion To Extend Time to File Application For Discretionary Appeal. Upon consideration and review, said motion is hereby GRANTED pursuant to Court Rules 16(c) and 31(i). The application for discretionary review, currently due on January 20, 2022, must be filed on or before January 27, 2022.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  01/19/2022*

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*